IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES C. BRUNKE, ) | |
| JEFFREY G. HORVITZ, ) | |
| LOUIS M. DeANGELIS, and ) | |
| ARMINAS NEKRASIUS, SR. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 24-cv-8454 |
| v. ) | |
| ) | Hon. John F. Kness |
| BRENDAN F. KELLY, in his official ) | |
| capacity as Director of the Illinois State ) | |
| Police, ELIZABETH LEAHY, in her ) | |
| official capacity as Illinois State Police ) | |
| Firearm Safety Counsel, and KWAME ) | |
| RAOUL, in his official capacity as Attorney ) | |
| General of the State of Illinois, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants, Brendan F. Kelly, Elizabeth Leahy, and Attorney General Kwame Raoul, by their attorney, Kwame Raoul, Attorney General of Illinois, respectfully request that this Court grant their unopposed motion for an extension of time until November 22, 2024, to respond to Plaintiffs' complaint. In support of this unopposed motion, Defendants state as follows:

1. Plaintiffs filed their complaint on September 13, 2024, and Defendants' responsive pleading is due on October 11, 2024. ECF No. 1.

2. Defendants' counsel requires additional time to confer with Defendants, evaluate Plaintiffs' complaint, and prepare a responsive pleading.

3. As such, Defendants request an extension of time until November 22, 2024, to respond to Plaintiffs' complaint.

4. Counsel for Plaintiffs do not oppose this motion.

5. This motion is made in good faith and no party will be prejudiced if this motion is granted.

WHEREFORE, Defendants respectfully request that this Court grant their unopposed motion and extend their deadline to respond to Plaintiffs' complaint to November 22, 2024.

| | |
|---|---|
| October 9, 2024 | Respectfully submitted, |
| | */s/ Mary A. Johnston* |
| | Mary A. Johnston<br>Office of the Illinois Attorney General<br>Government Representation Division<br>General Law Bureau<br>115 South LaSalle<br>Chicago, Illinois 60603<br>(312) 814-4417<br>Mary.johnston@ilag.gov |
| | *Counsel for Defendants* |