U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         CASE NUMBER:   24-cv-8454

Brunke, et al.
                    v.

Kelly, et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants Kelly, Leahy, and Raoul

| |
|---|
| NAME (Type or print)<br>Michael J. Bradtke |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Michael J. Bradtke |
| FIRM<br>Office of the Attorney General for Illinois |
| STREET ADDRESS<br>115 S. LaSalle Street, Suite 2700 |
| CITY / STATE / ZIP<br>Chicago, IL 60602 |
| ID NUMBER (See item 3 in instructions)<br>6319052 |

| TELEPHONE NUMBER | EMAIL ADDRESS |
|---|---|
| (312) 814-1212 | Michael.Bradtke@ilag.org |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES ☒    NO ☐ | | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☒    APPOINTED COUNSEL ☐ | | |