# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

James C. Brunke, et al.

                Plaintiff,

v.

Case No.: 1:24−cv−08454

Honorable John F. Kness

Brendan F. Kelly, in his official capacity as Director of Illinois State Police, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 11, 2024:

    MINUTE entry before the Honorable John F. Kness: Defendants' Unopposed Motion for an Extension of Time to Respond to Plaintiffs' Complaint [6] is granted. Defendants must answer or otherwise plead to Plaintiff's complaint on or before 11/22/2024. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.