IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES C. BRUNKE et al., | |
| Plaintiffs, | No. 24 C 8454 |
| v. | Honorable John F. Kness, District Judge |
| BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, et al., | Honorable Keri L. Holleb Hotaling, Magistrate Judge |
| Defendants. | |

**UPDATED JOINT STATUS REPORT**

On January 28, Judge Holleb Hotaling directed the parties to "review Judge Holleb Hotaling's Standing Order on Settlement Conferences" and file an updated joint status report on April 1 that "detail[s] when Plaintiffs would be ready to make a settlement demand on Defendants." ECF 15. The parties have reviewed Judge Holleb Hotaling's Standing Order on Settlement Conferences and provide the following responses to the Court's inquiry.

**Plaintiffs' response:** Due to the nature of this case, which involves the constitutionality of certain Illinois statutes and rules, and Plaintiffs' request for injunctive relief, Plaintiffs do not believe any settlement – short of voluntary repeal of the allegedly offending statutes and rules – would be appropriate. Therefore, Plaintiffs do not anticipate making settlement demands.

However, should Defendants wish to engage in discussions regarding substantive amendments to the statutes and rules at issue, and should such discussions also regard Plaintiffs' claims for nominal damages and Section 1988 attorney's fees, Plaintiffs will certainly participate.

Additionally, at or around the time the Plaintiffs request resolution of the declaratory issues, whether at summary judgment or trial, and if not already resolved, Plaintiffs will submit a

1

settlement demand regarding their nominal damages claim. Finally, following the resolution of the declaratory issues, if not already resolved, Plaintiffs will timely submit a demand for their Section 1988 fee claim.

**Defendants' response:** As explained in the parties' joint initial status report, ECF 12 at 8, Defendants have informed Plaintiffs that the State is in the early stages of making changes to key aspects of the "clear and present danger" requirements challenged in Plaintiffs' complaint. Although Defendants do not concede that these changes are constitutionally required, nevertheless, in Defendants' view, these changes have the potential to obviate Plaintiffs' constitutional concerns. Defendants previously requested a settlement conference before the Court to provide further information about these contemplated changes and remain available to participate in such a conference if the Court believes it would be useful.

Dated: April 1, 2025

/s/ David G. Sigale (with permission)
David G. Sigale
Law Firm of David G. Sigale, P.C.
55 West 22nd Street, Suite 230
Lombard, IL 60148
630.452.4547
dsigale@sigalelaw.com

Gregory A. Bedell
Gregory A. Bedell, Chartered
33 North Dearborn Street, 10th Floor
Chicago, IL 60602
312.307.7558
gbedell@gabchartered.com

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ Darren Kinkead
Michael Bradtke
Mary Johnston
Darren Kinkead
Office of the Attorney General
115 South LaSalle Street
Chicago, IL 60603
(773) 590-6967
Darren.Kinkead@ilag.gov

*Counsel for Defendants*