IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES C. BRUNKE et al., | |
| Plaintiffs, | No. 24 C 8454 |
| v. | Honorable John F. Kness, District Judge |
| BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, et al., | Honorable Keri L. Holleb Hotaling, Magistrate Judge |
| Defendants. | |

## UPDATED JOINT STATUS REPORT

On April 2, 2025, Judge Holleb Hotaling directed the parties to file an updated joint status report on May 1, 2025 that includes an "update to [the] Court as to both discovery and settlement matters." ECF 17.

**Plaintiffs' response:** Plaintiffs expect to issue discovery requests within the next 14 days, though they will also be willing to participate in any discussions regarding the potential changes to the "clear and present danger" system as referenced by Defendants below.

**Defendants' response:** As explained in the parties' joint initial status report, ECF 12 at 8, the State is in the process of making changes to key aspects of the "clear and present danger" requirements challenged in Plaintiffs' complaint. Although Defendants do not concede that these changes are constitutionally required, nevertheless, in Defendants' view, these changes have the potential to obviate Plaintiffs' constitutional concerns. The Illinois General Assembly's spring session will adjourn on May 31, at which point Defendants anticipate there will be greater clarity as to the status of those changes. In view of these potential changes, Defendants do not intend to issue discovery to Plaintiffs until after the spring session is adjourned. Defendants do not

1

anticipate that this will cause any difficulties in completing fact discovery by the October 31 deadline. *See* ECF 15. Defendants have no update to provide regarding settlement matters.

| | |
|---|---|
| Dated: May 1, 2025 | Respectfully submitted, |
| /s/ David G. Sigale | /s/ Darren Kinkead (with permission) |
| David G. Sigale | Michael Bradtke |
| Law Firm of David G. Sigale, P.C. | Mary Johnston |
| 55 West 22nd Street, Suite 230 | Darren Kinkead |
| Lombard, IL 60148 | Office of the Attorney General |
| 630.452.4547 | 115 South LaSalle Street |
| dsigale@sigalelaw.com | Chicago, IL 60603 |
| | (773) 590-6967 |
| Gregory A. Bedell | Darren.Kinkead@ilag.gov |
| Gregory A. Bedell, Chartered | |
| 33 North Dearborn Street, 10th Floor | *Counsel for Defendants* |
| Chicago, IL 60602 | |
| 312.307.7558 | |
| gbedell@gabchartered.com | |
| | |
| *Counsel for Plaintiffs* | |