IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES C. BRUNKE et al., | |
| Plaintiffs, | No. 24 C 8454 |
| v. | Honorable John F. Kness, District Judge |
| BRENDAN F. KELLY, in his official capacity as Director of the Illinois State Police, et al., | Honorable Keri L. Holleb Hotaling, Magistrate Judge |
| Defendants. | |

## UPDATED JOINT STATUS REPORT

On June 17, 2025, Judge Holleb Hotaling directed the parties to file an updated joint status report on July 9, 2025 "on their position on whether a settlement conference is warranted at this juncture." ECF 23. The parties have had discussions about next steps in this matter given House Bill 850 and would like to continue those discussions for another month. Therefore, the parties jointly suggest that the Court should direct the parties to provide another updated joint status report on August 8, 2025. In the meantime, to avoid unnecessary expenses, Plaintiffs have agreed to extend to August 22, 2025, the deadline for Defendants to respond to Plaintiffs' first set of interrogatories, issued on May 22, 2025.

1

| | |
|---|---|
| Dated: July 9, 2025 | Respectfully submitted, |
| /s/ David G. Sigale (with permission) | /s/ Darren Kinkead |
| David G. Sigale | Michael Bradtke |
| Law Firm of David G. Sigale, P.C. | Darren Kinkead |
| 55 West 22nd Street, Suite 230 | Office of the Attorney General |
| Lombard, IL 60148 | 115 South LaSalle Street |
| 630.452.4547 | Chicago, IL 60603 |
| dsigale@sigalelaw.com | (773) 590-6967 |
| | Darren.Kinkead@ilag.gov |
| Gregory A. Bedell | |
| Gregory A. Bedell, Chartered | *Counsel for Defendants* |
| 33 North Dearborn Street, 10th Floor | |
| Chicago, IL 60602 | |
| 312.307.7558 | |
| gbedell@gabchartered.com | |
| | |
| *Counsel for Plaintiffs* | |